**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2026

*By ECF*

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 16, 2026

Re: *United States v. Larry Montes*, 26 Cr. 415 (RA)

Dear Judge Abrams:

I write on behalf of the parties to propose dates by which the defendant must give notice of expert evidence of a mental condition, pursuant to Rule 12.2(b)(1); and by which the parties must provide expert witness disclosure, pursuant to Rule 16(a)(1)(G) & (b)(1)(C).

The proposed dates are as follows:

- Notice pursuant to Rule 12.2(b)(1) concerning expert evidence of a mental condition must be provided no later than December 11, 2026;

- Expert witness disclosure pursuant to Rule 16(a)(1)(G) & (b)(1)(C) must be provided no later than February 11, 2027; disclosure of any rebuttal expert witness must be provided no later than March 12, 2027.

Trial in this matter is scheduled to begin on April 12, 2027.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc. All counsel of record, by ECF